UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHU ZHEN WANG,

                Plaintiff,

v.

JOSE E ORTIZ, JPAN TRANSPORT LLC, OSLO TRUCKING LLC, AND KJV TRANSPORTATION, LLC,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-8-20

20-CV-2776 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by July 10, 2020, as directed in the Court's April 14th Order. *See* Dkt. 2. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

    In addition, the docket in this action contains numerous "notices to attorney" regarding deficient pleadings and filing errors. No later than July 15, 2020, counsel for all parties shall file notices of appearance—to the extent they have not already done so—and shall correct the filing deficiencies indicated on the docket.

    Mr. Donohue shall provide a copy of this Order to all parties.

SO ORDERED.

Dated:    July 8, 2020
             New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge