UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHU ZHEN WANG,

                Plaintiff,

v.

JOSE E. ORTIZ, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-20-20

20-CV-2776 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As discussed at today's conference, no later than December 23, 2020, the parties shall submit a joint letter updating the Court as to the status of discovery, the parties' settlement discussions, and any plans for dispositive motions.

SO ORDERED.

Dated:    November 20, 2020
             New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge