UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHU ZHEN WANG,

                Plaintiff,

        v.

JOSE ORTIZ et al.,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/19/2021

20-CV-2776 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court's most recent order directed the parties to submit a status update on or before April 5, 2021. *See* Dkt. 19. The parties shall do so no later than April 26, 2021.

SO ORDERED.

Dated:    April 19, 2021
           New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge